[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HIV & HEPATITIS POLICITY INSTITUTE, ET AL., <br><br> Plaintiffs-Appellees-Cross Appellants, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, ET AL., <br><br> Defendants-Appellants-Cross Appellees. | No. 23-5284 |

**JOINT STIPULATION TO DISMISS APPEAL NO. 23-5284**

Pursuant to Fed. R. App. P. 42(b)(1), the parties hereby stipulate to the dismissal of the government's appeal, No. 23-5284, each side to bear its own appellate costs for that appeal.

Respectfully Submitted,

ALISA B. KLEIN
(202) 514-1597
 /s/ Benjamin M. Shultz
BENJAMIN M. SHULTZ
(202) 514-3518
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7211
   Washington, D.C.  20530
   Benjamin.Shultz@usdoj.gov
*Counsel for Appellants*

 /s/ Paul W. Hughes (with
 permission)
Paul W. Hughes
(202) 756-8981
   McDermott Will & Emery LLP
   The McDermott Building
   500 N Capitol St., N.W.
   Washington, D.C.  20001
   phughes@mwe.com
*Counsel for Appellees*

JANUARY 2024

# CERTIFICATE OF SERVICE

     I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be effectuated on the opposing counsel via the CM/ECF system.

                                              /s/ Benjamin M. Shultz  
                                              **BENJAMIN M. SHULTZ**