**Nos. 23-5284 & 23-5301**

---

*In the*
# United States Court of Appeals
*for the*
# District of Columbia Circuit

---

HIV & HEPATITIS POLICY INSTITUTE, *et al.*,
*Plaintiffs-Appellees-Cross-Appellants*,

– v. –

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, *et al.*,
*Defendants-Appellants-Cross-Appellees*,

---

**STATEMENT OF ISSUES TO BE RAISED**

---

Pursuant to the Court's order of December 20, 2023, Plaintiffs-Appellees-Cross-Appellants state that the issues to be raised in this appeal include:

Whether the rulemaking challenged below, *Patient Protection and Affordable Care Act; HHS Notice of Benefit and Payment Parameters for 2021; Notice Requirement for Non-Federal Governmental Plans*, 85 Fed. Reg. 29164 (May 14, 2020) (codified at 45 C.F.R. § 156.130(h)), conflicts with the Affordable Care Act's definition of "cost sharing" (*see* 42 U.S.C. § 18022(c)(3)(A)), other statutory text, or existing regulations (*see* 45 C.F.R. § 155.20).

Dated: January 19, 2024   Respectfully submitted,

/s/ *Paul W. Hughes*
PAUL W. HUGHES
ANDREW A. LYONS-BERG
  *McDermott Will & Emery LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

*Counsel for Plaintiffs-Appellees-Cross-Appellants*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 19, 2024          <u>/s/ Paul W. Hughes</u>