Nos. 23-5284 & 23-5301

_____

*In the*

# United States Court of Appeals
## *for the*
## District of Columbia Circuit

_____

HIV & Hepatitis Policy Institute, *et al.*,
*Plaintiffs-Appellees-Cross-Appellants*,

– v. –

United States Department of Health & Human Services, *et al.*,
*Defendants-Appellants-Cross-Appellees*,

_____

**CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Circuit Rule 26.1, Plaintiffs-Appellees-Cross-Appellants state that neither the HIV & Hepatitis Policy Institute, the Diabetes Leadership Council, nor the Diabetes Patient Advocacy Coalition has a parent company, and no publicly held company has a 10% or greater ownership interest in any of these entities. The remaining Plaintiffs-Appellees-Cross-Appellants are natural persons.

1

Dated: January 22, 2024   Respectfully submitted,

<u>/s/ Paul W. Hughes</u>
PAUL W. HUGHES
ANDREW A. LYONS-BERG
*McDermott Will & Emery LLP*
*500 North Capitol Street NW*
*Washington, DC 20001*
*(202) 756-8000*

*Counsel for Plaintiffs-Appellees-Cross-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 22, 2024                     <u>/s/ Paul W. Hughes</u>